UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: NICOLE KLINGENBERG

Case No.: 18-25898/ABA
Chapter: 7
Judge: Andrew Altenburg

## NOTICE OF PROPOSED ABANDONMENT

__Andrew Sklar__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew Altenburg__ on __October 30, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor listed on Schedule B of her bankruptcy petition a personal injury action with an "Unknown" value. Debtor retained S.E. Farris Law Firm to represent her with respect to the personal injury action.

Liens on property: Debtor's P/I Counsel has advised that the claim is against the City of St Louis for a slip & fall. The City is self-insured and Missouri is pure comparative fault state. At this time, there are no settlement offers & value of the claim is $0.00. Any settlement would be subject to Counsel fees and expenses & Debtor's exemptions.

Amount of equity claimed as exempt: $34,426.00
Therefore, it is very unlikely that there would be funds available for the bankruptcy estate.

Objections must be served on, and requests for additional information directed to:

Name: /s/ Andrew Sklar, Chapter 7 Trustee
Address: 1200 Laurel Oak Road, Ste 102, Voorhees, NJ  08043
Telephone No.: (856) 258-4050

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25898-ABA
Nicole D. Klingenberg                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2         Date Rcvd: Sep 24, 2018
                               Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db            +Nicole D. Klingenberg,    1 Turtle Creek Road,    Egg Harbor City, NJ 08215-4752
517691964     +Atlantic Heights RW SDA,    c/o NCC Business Service,    9428 Bay Meadows Road, Suite 200,
                Jacksonville, FL 32256-7912
517691965      Atlanticare Regional Medical Center,    Post Office Box 829600,    Philadelphia, PA 19178-9600
517691968     +Citibank,    PO Box 6241,   Sioux Falls, SD 57117-6241
517691969     +Citibank - Best Buy,    Post Office Box 6497,   Sioux Falls, SD 57117-6497
517691975      Nissan Motor Acceptance,    PO Box 660366,    Dallas, TX 75266-0366
517694753     +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517691977     +TD Bank, N.A., - Target Credit,    NCO-0450,   PO Box 1470,    Minneapolis, MN 55440-1470
517691978    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp.,     5005 N. River Boulevard NE,
                Cedar Rapids, IA 52411-6634)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517691966      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 00:23:19      Capital One Bank,
                Post Office Box 30285,    Salt Lake City, UT 84130-0285
517691970      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:17
                Comenity Bank - Lane Bryant,    Bankruptcy Department,   PO Box 182125,
                Columbus, OH 43218-2125
517691971      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:17
                Comenity Bank - Victoria's Secret,    Bankruptcy Department,   PO Box 182125,
                Columbus, OH 43218-2125
517691972      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:17
                Comenity Capital Bank - Boscov's,    Post Office Box 183043,    Columbus, OH 43218-3043
517691973      E-mail/PDF: creditonebknotifications@resurgent.com Sep 25 2018 00:23:25      Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
517691974     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 25 2018 00:17:46      Kohl's Department Store,
                Post Office Box 3115,   Milwaukee, WI 53201-3115
517691976     +E-mail/Text: bnc-capio@quantum3group.com Sep 25 2018 00:18:35      Ocean Medical Center,
                c/o Assetcare, LLC,    Lee Morris,   2222 Texoma Parkway, Suite 180,    Sherman, TX 75090-2484
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517691967*        Capital One Bank,   Post Office Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 24, 2018
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert A. Loefflad    on behalf of Debtor Nicole D. Klingenberg rloefflad@ffhlaw.com, ghuie@ffhlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 5